---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency

---

In Re:

Alicia R. Green,

Debtor.

Case No.: __24-16369-CMG__

Chapter: __13__

Hearing Date: __09/04/2024__

Judge: __Gravelle__

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 20)

_____

Date: 08/29/2024                                  /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*