Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−16369−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alicia R. Green
  aka Alicia Green, aka Alicia Romancia
  Judy Green, aka Alicia Romancia Green
  248 2nd Ave
  Toms River, NJ 08757−4825

Social Security No.:
  xxx−xx−9143

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 9, 2024.

Dated: September 9, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-16369-CMG
Alicia R. Green  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Sep 09, 2024 | Form ID: plncf13 | Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alicia R. Green, 248 2nd Ave, Toms River, NJ 08757-4825 |
| 520309962 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 520309976 | | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 520309977 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520309978 | | Lvnv Funding, Greenville, SC 29601 |
| 520309980 | + | Ocean County Board of Social Services, 1027 Hooper Ave, Toms River, NJ 08753-8370 |
| 520309984 | | US Department of Treasury, Bureau of the4 Fiscal Service PO Box 168, Birmingham, AL 35201-1686 |
| 520309983 | | University Radiology Group, PC, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520309961 | | Email/Text: ebn@americollect.com | Sep 09 2024 20:33:00 | Americollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 520329147 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 09 2024 20:33:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520319419 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 09 2024 20:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520381523 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:48:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520309963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2024 20:48:08 | Capital One, Po Box 85520, Richmond, VA 23285 |
| 520374761 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 09 2024 20:33:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520309965 | | Email/Text: correspondence@credit-control.com | Sep 09 2024 20:33:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 520309964 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2024 20:34:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309966 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2024 20:48:01 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520309968 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 09 2024 20:48:07 | First Premier Bank, 3820 N Louise Ave, Sioux |

Case 24-16369-CMG    Doc 29    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: plncf13 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Falls, SD 57107-0145 |
| 520309967 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 09 2024 20:48:47 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520309973 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2024 20:34:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520309974 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2024 20:34:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309976 | ^ | MEBN | Sep 09 2024 20:34:51 | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 520341155 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2024 20:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520359660 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:48:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520309979 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:47:45 | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 520309981 | + | Email/Text: bankruptcy@creditkarma.com | Sep 09 2024 20:33:00 | Seed Financial, 100 Montgomery St, San Francisco, CA 94104-4388 |
| 520309982 | | Email/Text: bankruptcy@creditkarma.com | Sep 09 2024 20:33:00 | Seed Financial, Attn: Bankruptcy, 548 Market St, PMB 33447, San Francisco, CA 94104-5401 |
| 520337533 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 20:48:43 | Synchrony fka Allegro Credit, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520332456 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 520332457 | *+ | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 520332458 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, Po Box 85520, Richmond, VA 23285 |
| 520332460 | *P++ | CREDIT CONTROL LLC, ATTN CORRESPONDENCE, 3300 RIDER TRAIL S, SUITE 500, EARTH CITY MO 63045-1338, address filed with court:, Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 520332459 | * | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 520332461 | *+ | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520309969 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520309971 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520309972 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520332463 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520332464 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520332466 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520332467 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520309970 | * | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520332462 | * | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520332465 | * | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520309975 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520332468 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520332470 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520332469 | * | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520332471 | * | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 520332472 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520359661 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520332473 | * | Lvnv Funding, Greenville, SC 29601 |
| 520332474 | * | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 520332475 | *+ | Ocean County Board of Social Services, 1027 Hooper Ave, Toms River, NJ 08753-8370 |
| 520332476 | *+ | Seed Financial, 100 Montgomery St, San Francisco, CA 94104-4388 |

| | | |
|---|---|---|
| 520332477 | * | Seed Financial, Attn: Bankruptcy, 548 Market St, PMB 33447, San Francisco, CA 94104-5401 |
| 520332479 | * | US Department of Treasury, Bureau of the4 Fiscal Service PO Box 168, Birmingham, AL 35201-1686 |
| 520332478 | * | University Radiology Group, PC, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024      Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Albert Russo
docs@russotrustee.com

Daniel E. Straffi
on behalf of Debtor Alicia R. Green bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com
bkgroup@kmllawgroup.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4