UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Jersey Housing & Mortgage Finance Agency

In Re:

Alicia Green,

Debtor.

Case No.:   24-16369-MEH

Chapter:   13

Hearing Date:   11/19/2024

Judge:   Hall

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief re: 248 Second Avenue, Toms River, NJ (Docket # 30)

_____

Date: 11/18/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*