| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-16369 / MEH**

Alicia R. Green

Petition Filed Date: 06/24/2024
341 Hearing Date: 07/25/2024
Confirmation Date: 09/04/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | $3,000.00 | | 08/30/2024 | $6.00 | | 09/19/2024 | $750.00 | |
| 10/03/2024 | $1,136.00 | | 10/18/2024 | $1,136.00 | | 11/01/2024 | $1,136.00 | |
| 12/02/2024 | $1,136.00 | | 12/04/2024 | $1,136.00 | | 12/12/2024 | $1,136.00 | |
| 12/27/2024 | $1,136.00 | | | | | | | |

**Total Receipts for the Period:  $11,708.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $12,844.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Alicia R. Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,650.00 | $4,650.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»»  2013 KIA SOUL/DEF BAL | Unsecured Creditors | $17,712.25 | $0.00 | $17,712.25 |
| 2 | BERKELEY TOWNSHIP SEWERAGE AUTHORITY<br>»»  248 2ND AVE/SEWER | Priority Creditors | $5,802.76 | $0.00 | $5,802.76 |
| 3 | SYNCHRONY FKA ALLEGRO CREDIT | Unsecured Creditors | $1,846.35 | $0.00 | $1,846.35 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PREMIER BANKCARD MC | Unsecured Creditors | $1,019.37 | $0.00 | $1,019.37 |
| 5 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $419.50 | $0.00 | $419.50 |
| 6 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR LLC | Unsecured Creditors | $584.93 | $0.00 | $584.93 |
| 7 | NJ HOUSING & MTG FINANCE AGENCY<br>»»  P/248 SECOND AVE/1ST MTG/ORDER 9/6/24 | Mortgage Arrears | $89,925.28 | $2,545.74 | $87,379.54 |
| 8 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP | Unsecured Creditors | $30.00 | $0.00 | $30.00 |
| 9 | NJ HOUSING & MTG FINANCE AGENCY<br>»»  248 SECOND AVE/ATTY FEES 12/11/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

**Chapter 13 Case No. 24-16369 / MEH**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,844.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $7,744.74 | Current Monthly Payment: | $2,272.00 |
| Paid to Trustee: | $941.50 | Arrearages: | $1,522.00 |
| Funds on Hand: | $4,157.76 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE***! Register today at www.ndc.org or scan this code to get started.**

