Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 24−16369−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia R. Green
    aka Alicia Green, aka Alicia Romancia
   Judy Green, aka Alicia Romancia Green
   248 2nd Ave
   Toms River, NJ 08757−4825

Social Security No.:
   xxx−xx−9143

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on September 9, 2024.

   On 3/19/2025 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Mark Edward Hall on:

Date:               May 7, 2025
Time:              10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 20, 2025
JAN: gan

                                                                                                Jeanne Naughton
                                                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alicia R. Green  
    Debtor

Case No. 24-16369-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 20, 2025      Form ID: 185      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alicia R. Green, 248 2nd Ave, Toms River, NJ 08757-4825 |
| 520309962 | + | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 520309977 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520309978 | | Lvnv Funding, Greenville, SC 29601 |
| 520309980 | + | Ocean County Board of Social Services, 1027 Hooper Ave, Toms River, NJ 08753-8370 |
| 520309984 | | US Department of Treasury, Bureau of the4 Fiscal Service PO Box 168, Birmingham, AL 35201-1686 |
| 520309983 | | University Radiology Group, PC, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520309961 | | Email/Text: ebn@americollect.com | Mar 20 2025 20:45:00 | Americollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 520329147 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 20 2025 20:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520319419 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 20 2025 20:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 520381523 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 21:03:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520309963 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2025 20:52:39 | Capital One, Po Box 85520, Richmond, VA 23285 |
| 520374761 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 20 2025 20:44:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 520309965 | | Email/Text: correspondence@credit-control.com | Mar 20 2025 20:44:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 520309964 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 20 2025 20:46:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309966 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 20:53:13 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520309968 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2025 20:52:47 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

Case 24-16369-MEH    Doc 40    Filed 03/22/25    Entered 03/23/25 00:16:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 185 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520309967 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 20 2025 21:15:27 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520309973 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 20 2025 20:46:00 | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520309974 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 20 2025 20:46:00 | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520309976 | ^ | MEBN | Mar 20 2025 20:41:39 | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 520341155 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2025 20:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520359660 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 21:04:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520309979 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2025 21:04:04 | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 520309981 | + | Email/Text: bankruptcy@creditkarma.com | Mar 20 2025 20:44:00 | Seed Financial, 100 Montgomery St, San Francisco, CA 94104-4388 |
| 520309982 | | Email/Text: bankruptcy@creditkarma.com | Mar 20 2025 20:44:00 | Seed Financial, Attn: Bankruptcy, 548 Market St, PMB 33447, San Francisco, CA 94104-5401 |
| 520337533 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 21:04:36 | Synchrony fka Allegro Credit, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520332456 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, Americollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220-9208 |
| 520332457 | *+ | Berkeley Township Sewerage Authority, 255 Atlantic City Blvd., Bayville, NJ 08721-1296 |
| 520332458 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, Po Box 85520, Richmond, VA 23285 |
| 520332460 | *P++ | CREDIT CONTROL LLC, ATTN CORRESPONDENCE, 3300 RIDER TRAIL S, SUITE 500, EARTH CITY MO 63045-1338, address filed with court:, Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 520332459 | * | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 520332461 | *+ | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520309969 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520309971 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520309972 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520332463 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520332464 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520332466 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520332467 | * | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520309970 | * | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520332462 | * | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520332465 | * | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520309975 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520332468 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520332470 | * | Genesis Fs Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 520332469 | * | Genesis Fs Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 520332471 | * | Higher Education Student Assistance Auth, PO Box 548, Trenton, NJ 08625-0548 |
| 520332472 | * | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 520359661 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520332473 | * | Lvnv Funding, Greenville, SC 29601 |
| 520332474 | * | Lvnv Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 520332475 | *+ | Ocean County Board of Social Services, 1027 Hooper Ave, Toms River, NJ 08753-8370 |
| 520332476 | *+ | Seed Financial, 100 Montgomery St, San Francisco, CA 94104-4388 |
| 520332477 | * | Seed Financial, Attn: Bankruptcy, 548 Market St, PMB 33447, San Francisco, CA 94104-5401 |

| | | |
|---|---|---|
| 520332479 | * | US Department of Treasury, Bureau of the4 Fiscal Service PO Box 168, Birmingham, AL 35201-1686 |
| 520332478 | * | University Radiology Group, PC, 307 Wall St, Princeton, NJ 08540-1515 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Alicia R. Green bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor New Jersey Housing And Mortgage Finance Agency dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5