Office Mailing Address:                                                    Send Payments **ONLY** to:
Albert Russo, Trustee                                                          Albert Russo, Trustee
Standing Chapter 13 Trustee                                                         PO Box 933
PO Box 4853                                                                Memphis, TN  38101-0933
Trenton, NJ  08650-4853

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 24-16369 / MEH**

Alicia R. Green                                                 Petition Filed Date: 06/24/2024
                                                                341 Hearing Date: 07/25/2024
                                                                Confirmation Date: 09/04/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $1,136.00 | | 01/24/2025 | $1,136.00 | | 02/25/2025 | $1,136.00 | |
| 03/06/2025 | $1,136.00 | | 03/20/2025 | $1,136.00 | | 04/03/2025 | $1,136.00 | |
| 04/17/2025 | $1,136.00 | | 05/01/2025 | $1,136.00 | | 05/16/2025 | $1,136.00 | |
| 05/30/2025 | $1,148.50 | | 06/12/2025 | $1,148.50 | | 07/17/2025 | $1,150.00 | |
| 07/24/2025 | $1,148.50 | | 08/07/2025 | $1,148.50 | | 08/21/2025 | $1,148.50 | |
| 09/18/2025 | $1,148.00 | | 10/02/2025 | $1,148.00 | | 10/17/2025 | $1,148.00 | |
| 10/30/2025 | $1,148.00 | | 11/14/2025 | $1,148.00 | | 12/01/2025 | $1,148.00 | |
| 12/11/2025 | $1,148.00 | | | | | | | |

**Total Receipts for the Period:  $25,152.50   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $36,860.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Alicia R. Green | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Daniel E. Straffi, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,650.00 | $4,650.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 2013 KIA SOUL/DEF BAL | Unsecured Creditors | $17,712.25 | $0.00 | $17,712.25 |
| 2 | BERKELEY TOWNSHIP SEWERAGE AUTHORITY<br>»» 248 2ND AVE/SEWER | Priority Crediors | $5,802.76 | $0.00 | $5,802.76 |
| 3 | SYNCHRONY FKA ALLEGRO CREDIT | Unsecured Creditors | $1,846.35 | $0.00 | $1,846.35 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» PREMIER BANKCARD MC | Unsecured Creditors | $1,019.37 | $0.00 | $1,019.37 |
| 5 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $419.50 | $0.00 | $419.50 |
| 6 | LVNV FUNDING LLC<br>»» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $584.93 | $0.00 | $584.93 |
| 7 | NEW JERSEY HOUSING AND MORTGAGE FINAN( AGENCY<br>»» P/248 SECOND AVE/1ST MTG/ORDER 9/6/24 | Mortgage Arrears | $89,925.28 | $28,754.39 | $61,170.89 |
| 8 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP | Unsecured Creditors | $30.00 | $0.00 | $30.00 |
| 9 | NJ HOUSING & MTG FINANCE AGENCY<br>»» 248 SECOND AVE/ATTY FEES 12/11/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

**Chapter 13 Case No. 24-16369 / MEH**

| SUMMARY | | |
|---|---|---|
| | | |

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,860.50 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $33,953.39 | Current Monthly Payment: | $2,297.00 |
| Paid to Trustee: | $2,907.11 | Arrearages: | $5,769.50 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or scan this code to get started.**

